1 | Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque – State Bar No. 219977
2 | **GOE & FORSYTHE, LLP**
18101 Von Karman Avenue
3 | Suite 510
Irvine, CA 92612
4 | rgoe@goeforlaw.com
elarocque@goeforlaw.com
5 |
Telephone:  (949) 798-2460
6 | Facsimile:   (949) 955-9437

7 | Attorneys for Plaintiff Frederick T. Glynn, Jr.

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

11 |

12 | In re:

Case No. 8:10-bk-22579-ES

13 | FREDERICK T. GLYNN, JR., and ROSARIO C. GLYNN,

Chapter 7 Proceeding

14 |

Adv. Case No. 8:14-ap-01042-ES

15 | Debtors.
_____

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

16 | FREDERICK T. GLYNN, JR,

17 | Plaintiff,
vs.

**Status Conference Hearing:**
Date:       May 1, 2014
Time:       9:30 a.m.
Courtroom: 5A

18 |

19 | CORAL CAPITAL SOLUTIONS LLC, a Delaware limited liability company

20 | Defendant.

21 |

22 | **TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY**

23 | **JUDGE, DEFENDANTS AND THEIR ATTORNEYS, AND PARTIES IN INTEREST:**

24 | PLEASE TAKE NOTICE that Plaintiff Frederick T. Glynn, Jr., individually ("Plaintiff"),

25 | hereby files this Notice of Dismissal of the Adversary Proceeding known as Frederick T. Glynn,

26 | Jr. v. Coral Capital Solutions, LLC; Adversary Case No. 8:140ap-01042-ES (the "Adversary

27 | Complaint"), with prejudice, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure

28 | incorporating Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

1

1 | Defendant Coral Capital Solutions LLC, a Delaware limited liability company ("Defendant"), has not filed an Answer or a Motion for Summary Judgment in this matter. A status conference in this matter is set for May 1, 2014 at 9:30 a.m. and should be taken off calendar.

Dated: May 19, 2014

Respectfully submitted by:

GOE & FORSYTHE, LLP

By: /s/Robert P. Goe
    Robert P. Goe,
    Attorneys for Plaintiff

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 19, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Elizabeth A LaRocque    kmurphy@goeforlaw.com, elarocque@goeforlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 19, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant**
Coral Capital Solutions LLC
400 Broome Street
New York, NY 10013

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 19, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 19, 2014 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |